# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 97-3786

———————

| | | |
|---|---|---|
| Patricia L. Ferguson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri |
| Kenneth S. Apfel, Commissioner, | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: August 7, 1998
Filed: August 14, 1998

———————

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Patricia L. Ferguson appeals the district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny her application for disability insurance benefits. Having carefully reviewed the record and the parties'

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri.

briefs, we affirm the judgment of the district court for the reasons set forth in the magistrate judge's thorough and well-reasoned report.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.